STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOHN J. KASHKEVICH, PLAINTIFF IN ERROR.

Spbmitted March 26, 1923—Decided May 10, 1923.

On error to the Supreme Court, whose opinion is reported *ante* p. 23.

For the plaintiff in error, *James R. McDermit.*

For the defendant in error, *John O. Bigelow,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HERPENHEIMER, GARDNER, VAN BUSKIRK, JJ.   12.

*For reversal*—None.